Appeals for the Seventh Circuit denied. *Mr. Harry N. Pritzker* for petitioners. *Solicitor General Biggs* and *Messrs. Harry S. Ridgely* and *W. Marvin Smith* for the United States.

No. 333. CONTINENTAL ILLINOIS BANK & TRUST CO., EXECUTOR, *v.* UNITED STATES. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. J. F. Dammann* for petitioner. *Solicitor General Biggs* and *Messrs. Erwin N. Griswold, J. Louis Monarch,* and *J. P. Jackson* for the United States.

No. 334. NORTHERN TRUST CO. ET AL., EXECUTORS, *v.* UNITED STATES. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. J. F. Dammann* for petitioners. *Solicitor General Biggs* and *Messrs. J. Louis Monarch* and *J. P. Jackson* for the United States.

No. 335. DEAN, ADMINISTRATOR, *v.* UNITED STATES. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. J. F. Dammann* for petitioner. *Solicitor General Biggs* and *Messrs. J. Louis Monarch* and *J. P. Jackson* for the United States.

No. 336. KADOW ET AL. *v.* ROBERTSON, COMMISSIONER OF PATENTS. October 9, 1933. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Otto R. Barnett* for petitioners. *Solicitor General Biggs* and *Messrs. Erwin N. Griswold* and *T. A.*